UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

| E.S.I. CASES & ACCESSORIES, INC., |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

**S U M M O N S**

Court No. **26-00840**

**TO:**  The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Gina Justice**
Clerk of the Court

**PROTEST**

| Port(s) of Entry: | Long Beach, CA | Center (if known): | CEE007 |
|---|---|---|---|
| Protest Number: | 2704-24-171208 | Date Protest Filed: | 10-15-2024 |
| Importer: | E.S.I. CASES & ACCESSORIES, INC. | Date Protest Denied: | 07-31-2025 |
| Category of Merchandise: | Car and Wall Chargers | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | | | |
| | | See Attached | | | |
| | | | | | |
| | | | | | |

Matthew Arthur Seymour
Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP
599 Lexington Ave, FL 36, New York, NY 10022
(212) 557-4000
MSeymour@gdlsk.com

Name, Firm, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Car and Wall Chargers | 8504.40.95<br>9903.88.03 | Free<br>25% | 8504.40.85<br>9903.88.67 | Free<br>Free |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Whether the car and wall chargers are specifically provided for under subheading 8504.40.8500 of the Harmonized Tariff Schedule of the United States, and whether the subject merchandise qualifies for a Section 301 exclusion covering "Static converters of a kind used to charge telecommunication apparatus in cars or homes, valued not over $2 each (described in statistical reporting number 8504.40.8500)."

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Matthew Arthur Seymour
_____
*Signature of Plaintiff's Attorney*

01-26-2026
_____
*Date*

## SCHEDULE OF PROTESTS

CEE007
_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400267470 | 05/06/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400266910 | 02/17/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W409159983 | 03/08/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W409159967 | 03/08/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W409159827 | 02/28/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400267900 | 05/30/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400267850 | 05/23/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400267819 | 05/23/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400267611 | 05/13/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400267504 | 05/11/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W409160007 | 03/08/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400267488 | 05/11/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W409160031 | 03/08/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400267462 | 05/11/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400267397 | 05/04/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400267389 | 05/04/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400267371 | 05/04/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400267199 | 04/24/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400267181 | 04/24/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400267124 | 04/23/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400267074 | 04/17/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400267066 | 04/17/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400266969 | 04/04/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400267496 | 05/11/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W409160510 | 03/10/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400268296 | 06/21/2023 | 04/26/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400268205 | 06/17/2023 | 04/26/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400268197 | 06/17/2023 | 04/26/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400268189 | 06/17/2023 | 04/26/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400268171 | 06/17/2023 | 04/26/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400268163 | 06/17/2023 | 04/26/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400268155 | 06/17/2023 | 04/26/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400268148 | 06/17/2023 | 04/26/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400268130 | 06/17/2023 | 04/26/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W409159991 | 03/08/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400268114 | 06/17/2023 | 04/26/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400268395 | 06/21/2023 | 04/26/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W409160478 | 03/10/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W409160452 | 03/10/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W409160189 | 03/10/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W409160171 | 03/22/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W409160106 | 03/08/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W409160080 | 03/08/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W409160072 | 03/08/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W409160064 | 03/08/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W409160056 | 03/08/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W409160049 | 03/08/2023 | 04/19/2024 | 2704 |
| 2704-24-171208 | 10/15/2024 | 07/31/2025 | 9W400268122 | 06/17/2023 | 04/26/2024 | 2704 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26 ,2021; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)